UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| JEREMY N. CRUTCHFIELD, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:05-CV-131 |
| | ) | | (VARLAN/GUYTON) |
| JO ANNE BARNHART, Commissioner | ) | | |
| of Social Security, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## **ORDER**

This social security appeal is before the Court for consideration of Plaintiff's Objections to the Magistrate Judge's Report and Recommendation [Doc. 17]. In the Report and Recommendation [Doc. 16], United States Magistrate Judge H. Bruce Guyton, found that defendant Commissioner's decision that plaintiff was not under a disability as a result of his mental condition is supported by substantial evidence in the record as a whole and should be affirmed. He recommended that plaintiff's Motion for Summary Judgment [Doc. 12] be denied and defendant Commissioner's Motion for Summary Judgment [Doc. 14] be granted.

The Court has carefully reviewed the entire record, including the underlying pleadings [Docs. 12, 13, 14, 15]. For the reasons set forth in the memorandum opinion entered contemporaneously herewith, the Court hereby **OVERRULES** plaintiff's objections [Doc. 17]. The Court hereby **ACCEPTS IN WHOLE** the report and recommendation [Doc. 16].

Accordingly, the Court hereby **DENIES** plaintiff's Motion for Summary Judgment [Doc. 12], and **GRANTS** defendant's Motion for Summary Judgment [Doc. 14].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

2